IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 25-CR-00073 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | |
| | ) | **Counts 1-2** |
| JONATHAN QUINN CARTER, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Distribution of a Controlled |
| Defendant. | ) | Substance |
| | ) | |
| | ) | |

The Grand Jury charges:

## Count 1

### Distribution of a Controlled Substance

On or about June 16, 2025, in the Northern District of Iowa, defendant JONATHAN QUINN CARTER did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 2

### Distribution of a Controlled Substance

On or about July 7, 2025, in the Northern District of Iowa, defendant JONATHAN QUINN CARTER did knowingly and intentionally distribute 50 grams

or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

TIMOTHY T. DUAX
United States Attorney

By: _____

DILLAN EDWARDS
Assistant United States Attorney

A TRUE BILL

_____  9-9-25
Grand Jury Foreperson      Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed ___9/9/2025___.
PAUL DE YOUNG, CLERK

1